AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KMA DEPTUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
MUHAMMAD KHAN

*Defendant(s)*

Case No. 2:26-mj-06071-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 3, 2020, March 18, 2025 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |
| ~~52 U.S.C. § 20511(2)(A)~~ | ~~Fraudulent Voter Registration~~ ED |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Eric Diaz, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:14 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

**AFFIDAVIT**

I, Eric Diaz, being duly sworn, declare and state as follows:

**I. PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for MUHAMMAD KHAN ("KHAN") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application) ~~and for a violation of 52 U.S.C. § 20511(2)(A) (Fraudulent Voter Registration)~~. ED

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

**II. BACKGROUND OF AFFIANT**

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been so employed since December 2024. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrest for offenses enumerated in Title 18, United States Code. During my tenure as a Special Agent, I have completed approximately six months of instruction at the Federal Law Enforcement Training Center

in Glynco, Georgia, completing the Criminal Investigator Training Program, and HSI's add on training, Homeland Security Investigations Special Agent Training. Prior to my employment with HSI, I was employed by the Lee County (Florida) Sheriff's Office ("LCSO") for approximately eight years. During my tenure with LCSO, I investigated and assisted in numerous investigations involving the distribution and possession of narcotics, property crimes, and crimes against persons. Additionally, I hold a master's degree in criminal justice, earned in December of 2021 from Florida Gulf Coast University.

4. I am currently assigned to Homeland Security Task Force ("HSTF"), which is a cyber financial group that is responsible for investigating cybercrimes, cyber enabled crimes, and financial crimes related to illicit cryptocurrency and financial technology platforms. As part of this assignment, I am currently investigating organizations involved in illegal activities during protests and the use of cyber and digital tools to do the same.

## III. <u>STATEMENT OF PROBABLE CAUSE</u>

5. Department of Homeland Security ("DHS") records reveal that KHAN was born in Pakistan on October XX, 1976, and is a native and citizen of Pakistan, who entered the United States through Los Angeles International Airport in 2015 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

6. In August 2026, DHS HSI Los Angeles received hundreds of investigative referrals provided by HSI Identity

and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for KHAN with fraud indicators that KHAN either registered to vote, has voted, or both.

7. During the HSI investigation of KHAN, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXXX396 in the name "Muhammad KHAN" with a date of birth of October XX, 1976, country of birth and citizenship as Pakistan. This record includes a photograph of the person SAs recognized to be KHAN. This recognition is based on my comparison to other law enforcement photographs of KHAN. This record also lists additional identifying information for KHAN to include a current physical address of XXXX W. Ball Rd, Apt 104, Anaheim, CA 92804, a telephone number ending in -6878, and date of birth of October XX, 1976.

8. On September 4, 2026, HSI SAs attempted to contact an individual named Muhammad KHAN (DOB: 10/XX/1976, A XXXXXX396) regarding potential voter fraud activity and/or related identity-based fraud activity. At approximately 2:14PM, HSI SAs attempted to conduct a knock and talk consensual encounter at KHAN'S residence of record, XXXX W. Ball Rd, Apt 104, Anaheim, CA 92804. SAs were unable to make contact with KHAN due to property access restrictions.

9. On September 10, 2026, at approximately 11:53AM, HSI SAs contacted KHAN via phone call to phone number 424-228-XXXX. A male individual answered the phone, at which time SAs asked

to speak to Muhammad KHAN. The male on the phone indicated that he was KHAN. SAs informed KHAN that they wanted to speak with him regarding potential voting and/or identity fraud. SAs were unable to talk to KHAN further.

10. Immigration documentation, specifically, Form N-400 records for KHAN, also lists his birth country and citizenship as Pakistan, and contains a Social Security number ending in -9767 and a driver’s license number Yxxxx562.

11. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver’s license number Yxxxx562 is associated with the name “Muhammad KHAN” and is associated with the same address on XXXX W. Ball Rd, Apt 104, Anaheim, CA 92804. The latest issue date of this record is 07/07/2026, and it contained a photograph which SAs believe depicts KHAN based on SAs’ comparison to other photographs of KHAN. This record also shows a date of birth as 10/XX/1976 and contains an image of KHAN’s signature.





12. During the HSI investigation of KHAN, SAs subpoenaed

the Los Angeles County Registrar's Office for voter registration information for KHAN associated with the same address on XXXX W. Ball Rd, Apt 104, Anaheim, CA 92804.

13. In September 2026, SAs received a certified voter identification number XXXXXX233, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. These records show that the voter registered and cast a provisional ballot on election day November 3, 2020. The registration name is listed as "Muhammad KHAN" and previous address from June 2017 through June 2021, associated with KHAN as: XXXX E Arbor Vitae Street, Inglewood, CA 90301. Under the application question "I am a U.S. citizen." the boxes to checkmark "yes" and "no" were both left blank.


☐ Count ☐ No Count ☐ Reason:

LOS ANGELES COUNTY REGISTRAR-RECORDER/COUNTY CLERK
CVR / PROVISIONAL BALLOT ENVELOPE
voting twice is a felony

2218 - 2295100X
91BW404131
11-Day

For the Voter – Complete and Sign
1 I am a citizen of the United States: ☐ Yes ☐ No
2 I am 18 or older: ☐ Yes ☐ No
3 First Name: Muhammad Babar M.I. Last Name: Khan
4 Birth Date: 10 [redacted] 1976
5 CA Driver's License or I.D. # or last 4 digits of S.S. #: Y [redacted] 62
6 U.S. State or Foreign Country of Birth: Pakistan
7 Current Residence Address: [redacted] E-Arbor Vitae St. City: Inglewood State: CA Zip: 90301
8 Mailing Address (if different from above): Same as Above City State Zip
9 Previous Residence Address: Same as Above City State Zip
10 Political Party: American Independent Party; Peace and Freedom Party; Democratic Party; Republican Party; Green Party; No Party / None; Libertarian Party; Other:
11 Daytime Phone #: 424-228 [redacted]
12 ☐ BECOME a Permanent Vote by Mail (PVBM) voter
13 ☐ REMOVE as a Permanent Vote by Mail (PVBM) voter
14 Email address: babe [redacted] com

Voter Declaration:
I declare under penalty of perjury that I reside at the address listed above; I have not previously voted in this election either by Vote By Mail ballot or at any vote center/polling location.
I am a U.S. citizen and will be at least 18 years old on Election Day. I am not currently imprisoned or on parole for the conviction of a felony. I am not currently found mentally incompetent to vote by a court. I understand that it is a crime to intentionally provide incorrect information on this form. I declare under penalty of perjury under the laws of the State of California that the information on this form is true and correct.
X Voter Signs Here Date: 11/03/2020

For the Election Worker
Fill One Circle: ○ CVR ⊘ Provisional
If Provisional, Check one box: ☒ New Voter, No ID ☐ Out Of County ☐ Other
Party Ballot issued (NPP crossover only):
Comments:
Election Worker's name:

RR/CC Official Use Only
Voter I.D. #:
Precinct #: Registered / Voted
Serial #:
Operator I.D.: Date:
Official Canvass
Clerk 1:
Clerk 2:

14. In the same form, following a declaration that he is a United States citizen under penalty of perjury warning, the

voter registration application is signed and dated 11/03/2020.

15. The voter application also provided the following for KHAN:

a. California ID number Yxxxx562
b. Date of birth as 10/XX/1976
c. Place of birth as Pakistan
d. Phone number as 424-228-XXXX
e. Email as baberlionXX@XXXXX.com

16. The signature supplied by the voter and attached to voter identification number XXXXX233 is in the name of KHAN and appears to match KHAN's signature on his California driver's license dated 07/07/2026.

17. The records from the Los Angeles County Registrar's Office show that KHAN submitted a provisional ballot in the general election on or around November 3, 2020.

18. Additionally, SAs have reviewed DHS records to determine whether KHAN has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show KHAN is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including a copy of KHAN's California State Driver's License Yxxxx562.




19. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

**Part 9. Additional Information About You**

When a question includes the word "**EVER**," you must provide information about any of your actions or conduct that occurred **anywhere in the world** at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in **Item Numbers 1. - 14.** in **Part 9. Item Numbers 1. - 14.**, provide explanations and any additional information in the space provided in **Part 14. Additional Information**.

**1.** Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

**2.** Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

Electronic

20. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated March 18, 2025.

**Part 11. Applicant's Contact Information, Certification, and Signature**

***Applicant's Contact Information***

Provide your daytime telephone number, mobile telephone number (if any), and email address (if any).

1. Applicant's Daytime Telephone Number
424228[redacted]

2. Applicant's Mobile Telephone Number (if any)
424228[redacted]

3. Applicant's Email Address (if any)
baberlio[redacted]om

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)
➡ Muhammad Babar Khan

Date of Signature (mm/dd/yyyy)
03/18/2025

Electronic Form Only

21. The Form N-400 Naturalization application also provided the following for KHAN:

a. Alien Number as XXXXX396
b. Date of birth as 10/XX/2026
c. Place of birth as Pakistan
d. "SSN4"[1] as XXXXX-9767
e. Phone number as 424-228-XXXX
f. Email as baberlionXX@XXXXX.com

22. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated

with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

23. On September 15, 2026, KHAN submitted a request to withdraw his N-400 application "due to unexpected personal circumstances". SAs noted the signature on the letter was similar to the signature on his driver's license. This application withdrawal occurred 5 days after HSA SAs contacted KHAN via phone call (424-228-XXXX) regarding potential voting and/or identity fraud. KHAN declined to provide any further information.



To Whom It May Concern,

I am writing to formally request the withdrawal of my Form N-400, Application for Naturalization, scheduled for an interview on October 1, 2026.

Due to unexpected personal circumstances, I am unable to proceed with my naturalization process at this time. I respectfully request that this application be withdrawn without prejudice to any future filings. I understand that the filing fees are non-refundable and that this action closes to my current application.

Thank you for your attention to this matter.

Sincerely,

09/15/2026

24. However, I believe the violations of law were complete when KHAN falsely claimed to be a United States citizen when registering to vote and the denied ever claiming to be a citizen on his naturalization application. Attempted withdrawal of his N-400 does not erase his criminal conduct but demonstrates his knowledge that what he did, falsely claiming to be a United States citizen and registering to vote were violations of law.

## IV. CONCLUSION

25. Based on the foregoing, I believe there is probable cause to believe that KHAN knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a)~~ and 52 U.S.C. § 20511(2)(A)~~. ED

/s/
ERIC DIAZ, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE